# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2369
Lower Tribunal No. 13-12061
_____

**Lawanda Jean Bell,**
Appellant,

vs.

**Reverse Mortgage Solutions, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Law Offices of Matthew Troccoli, P.A., and Matthew Joseph Troccoli, for appellant.

McCalla Raymer LLC, and Kaivon Yasinian (Fort Lauderdale), for appellee.

Before SHEPHERD, ROTHENBERG and SCALES, JJ.

PER CURIAM.

The record before this Court does not establish that the trial court abused its discretion in denying Appellant Lawanda Jean Bell's Florida Rule of Civil Procedure 1.540 motion to vacate a foreclosure judgment and foreclosure sale. Canakaris v. Canakaris, 382 So. 2d 1197, 1203 (Fla. 1980).

Affirmed.